```
 1  HARRIS B. TABACK, Esq., California State Bar No. 111017
    LAW OFFICES OF HARRIS B. TABACK
 2  345 Franklin Street, Suite 102
    San Francisco, CA  94102
 3  Telephone:  (415) 241-1400
    Facsimile: (415) 495-0112
 4
    Attorney for Defendant: MARSHA KAY HOLLOWAY
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00509 YGR |
|---|---|
| Plaintiff, | ) **STIPULATED APPLICATION FOR ORDER AND ~~PROPOSED~~ ORDER TO VACATE February 8, 2018 STATUS CONFERENCE, TO REFER THIS MATTER TO PROBATION AND TO SET A SENTENCING HEARING** |
| v. | |
| MARSHA KAY HOLLOWAY, | |
| Defendant. | |

The Defendant MARSHA  KAY HOLLOWAY and The United States jointly request that this Honorable Court vacate the February 8, 2018 Status Hearing and refer the matter to the United States Probation Office to prepare a Pre-Sentence Investigation Report.

The parties stipulate that it is now the appropriate time to schedule a Sentencing Hearing before this Honorable Court on July 18, 2018 at 2:00 p.m..

///////////

///////////

///////////

Dated: February 1, 2018                    Respectfully Submitted,

                                           LAW OFFICES OF HARRIS B. TABACK

By: _____SS_____
HARRIS B. TABACK
ATTORNEY FOR MARSHA KAY HOLLOWAY


ALEX G. TSE
ACTING UNITED STATES ATTORNEY


By: _____SS_____
WILLIAM J. GULLOTTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-00509 YGR |
| Plaintiff, | ) ) | (PROPOSED) ORDER TO VACATE STATUS CONFERENCE DATE, |
| v. | ) ) | REFER THE CASE TO THE PROBATION OFFICE FOR A PRE |
| MARSHA KAY HOLLOWAY | ) ) | SENTENCE REPORT AND TO SET A SENTENCING HEARING |
| Defendant. | ) | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the February 8, 2018 Status Hearing in this case is vacated. Further, the court refers this case to the United States Probation Office for a Pre-Sentence Investigation Report.

Sentencing will be on July 18, 2018 at 2:00 p.m.

Dated: February ___6___, 2018

_____
The Honorable YVONNE GONZALEZ ROGERS
United States District Court Judge